UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-311-KKM-NHA

ANTHONY TREGILLUS
_____

### ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Information, conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. The United States has established that the defendant obtained $381,348.00 in proceeds as a result of the offense charged in Count One.

The United States moves under 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(2), for entry of an order of forfeiture in the amount of $381,348.00, which upon entry shall be a final order of forfeiture as to the defendant. The motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $381,348.00.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this

judgment, forfeiture of any of the defendant's property up to the $381,348.00 order of forfeiture. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

ORDERED in Tampa, Florida, on September 5, 2024.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE